# ELECTRONIC RECORD

COA # 01-12-01124-CR          OFFENSE: 19.03 (Capital Murder)

STYLE: Casey Demon Carmon v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 174th District Court

DATE: 12/30/2014          Publish: YES          TC CASE #: 1243459

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Casey Demon Carmon v. The State of Texas          CCA #: 118-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 03/18/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

NEWELL, J., NOT PARTICIPATING

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**